**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Christopher M. Trahan
Raggio, Cappel, etc.
P. O. Box 820
Lake Charles LA 70602

**REHEARING ACTION: March 9, 2016**

**Docket Number: 15   00814-WCA**

**STEPHANIE LEMELLE ARDOIN**
**VERSUS**
**CALCASIEU PARISH SCHOOL BOARD**

**Appealed from Office of Workers' Compensation - # 3 Case No. 14-08203**

<u>**BEFORE JUDGES**</u>:

    **Hon. John D. Saunders**
    **Hon. Elizabeth A. Pickett**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Calcasieu Parish School Board** has this day been

    **DENIED.**

cc: Thomas Allen Filo, Counsel for the Appellee
    Kevin Louis Camel, Counsel for the Appellee